UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV20-03687 JAK (AFMx) | Date | October 20, 2023 |
|---|---|---|---|
| Title | Michael A. Riley v. United States of America | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING CASE JS-6

An Order re Motion for Default Judgement (Dkt. 29) was issued by the Court on February 1, 2023 ordering Plaintiff one final opportunity to properly serve Defendant. A response was filed by Plaintiff on February 24, 2023, 2023 (Dkt. 30) and April 28, 2023 (Dkt. 33), requesting that the summons be reissued. The summons was reissued on June 13, 2023 (Dkt. 34). As of date, no proper proof of service has been filed indicating that the summons and complaint have been served on Defendant or their respective counsel. Therefore, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

| | _____ : _____ |
|---|---|
| | Initials of Preparer    TJ |